TOWN OF SOMERS, Appellant, *v.* JOSEPH M. CAMARCO et al., Respondents.

Submitted July 8, 1955; decided July 8, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 308 N. Y. 537.]

JAY WEIL et al., Respondents-Appellants, *v.* ATLANTIC BEACH HOLDING CORPORATION et al., Appellants-Respondents; MITCHELL M. FEINBERG et al., Appellants, et al., Defendants.

Submitted July 8, 1955; decided July 8, 1955.

*Carl E. Peterson* for motion by appellants-respondents.

*Martin Koeppel* for motion by appellants.

*Charles E. Lapp, Jr.,* opposed.

Motions by appellants-respondents and appellants for a stay granted upon the giving of a surety bond in the same amount required for the stay in the Appellate Division. Case set down for argument not later than the November, 1955, session of the Court of Appeals.